DANIEL G. BOGDEN
United States Attorney
ANDREW W. DUNCAN
KATHRYN C. NEWMAN
Nevada Bar 13733
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada   89101
T (702) 388-6336/F (702) 388-5087
kathryn.newman@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>DEON FREDERICK SMITH<br><br>　　　　Defendant. | Case No.:   2:11-cr-00442-GMN-GWF<br><br>**United States' Motion to Continue Status Conference** |

The Government respectfully requests that the Court continue the status conference currently scheduled for July 26, 2016 at 9:00 a.m. to a date and time convenient for this Court but no sooner than 30 days from its current setting.

The defendant was convicted by a jury on January 31, 2014. Dock. 201. The defendant appealed his conviction to the Ninth Circuit. Dock. 227.  The Ninth Circuit affirmed the conviction in part, vacating in part and remanding the judgment to the District Court for resentencing. Dock. 254. Pursuant to the mandate, the Court set a status conference with the parties for July 5, 2016. Dock. 265. The Court reset the hearing for July 26, 2016 at 9:00 a.m. and ordered the Government to file the necessary documents so that the defendant, who is in federal

custody, would appear at the hearing. Dock. 269.

As a result of a miscommunication in the U.S. Attorney's Office, the necessary documents for the US Marshals to transport the defendant to attend the hearing were not timely filed. Accordingly, the Government respectfully requests that the hearing be continued for another thirty days in order to allow the Marshals adequate time to transport the defendant to attend the hearing.

DATED this 22nd day of July 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____/s/_____
ANDREW W. DUNCAN
KATHRYN C. NEWMAN
Assistant United States Attorneys

**IT IS HEREBY ORDERED** that the status conference in this case shall be held on Tuesday, August 23, 2016 at 10:00 a.m. in Courtroom 7D.
**DATED** this 22nd day of July, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2